# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149855(103)

In re Estate of IRENE E. PERUN, Deceased.
_____

ANDREA LYNN RACHWAL, Personal
Representative of the Estate of IRENE E. PERUN,
　　　　　Appellee,

v

ANDREW J. PERUN,
　　　　　Appellant.
_____/

SC: 149855
COA: 313869
Macomb Probate Court:
2010-199763-DE

On order of the Court, the motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk

d0831